

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MISS BESSIE MUSIC, BROCKMAN MUSIC,
BRENDA RICHIE PUBLISHING, TURKEY ON
RYE MUSIC and BRUCE SPRINGSTEEN,

          Plaintiffs,

vs.

BULL & BEAR PUB, LTD., CHRISTOPHER J.
MYERS and MARK A. BULLIS,

          Defendants.

-----------------------------------------------------------x

Civil Action No.
06-CV-0807 (NAM/GJD)

## STIPULATION OF DISMISSAL

The parties to this proceeding hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without attorneys' fees or costs to any party.

The parties also stipulate that no party to this action is an infant or an incompetent person.

**IT IS SO ORDERED.**

_____
Norman A. Mordue
Chief Judge

Dated: 9-26-06

{H0655096.1}          1

DATED: August 23, 2006

HANCOCK & ESTABROOK, LLP
*Attorneys for Plaintiffs*

By: _____
    Michael J. Sciotti, Esq.
    Bar Roll No. 501327
1500 Tower I – P.O. Box 4976
Syracuse, NY 13221-4976
Tel: (315) 425-3502
Fax: (315) 233-4379

DATED: August 21, 2006

MELVIN & MELVIN, PLLC
*Attorneys for Defendants*

By: _____
    Kenneth J. Bobrycki, Esq.
    Bar Roll No. 501687
217 South Salina Street
Syracuse, NY 13202
Tel: (315) 422-1311